# COUNTY OF SUFFOLK

**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

January 13, 2023

Hon. Vera M. Scanlon, U.S.M.J.
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Baptiste v. County of Suffolk et al.*
Docket No. CV 19-0042 (RPK)(VMS)

Hon. Magistrate Judge Scanlon,

Pursuant to the Court's Order of January 12, 2023, the County Attorney's Office is filing a Stipulation of Discontinuance in the above entitled matter.

The settlement check was sent to Plaintiff via certified mail. Attached is a copy of the signed certified mail receipt.

The Court is thanked for its consideration and courtesy.

Thank you.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

/s/ Susan A. Flynn
By: Susan A. Flynn
Deputy County Attorney

cc:
Anthony Baptiste
18-A-0067
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000